UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARIA ABAD,

                    Plaintiff,                      **ORDER**
                                                           **10 CV 1174 (JG)(LB)**

                  -against-

ADVANTA NATIONAL BANK,

                    Defendant.
-----------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

       By Order dated April 5, 2010, the Court directed plaintiff to provide an address where defendant Advanta National Bank may be served by May 26, 2010. See docket entry 5. By letter dated April 13, 2010, plaintiff states that the "FDIC is the receiver for defendant" and provides an address for the "FDIC." See docket entry 6. However, the "FDIC" is not the defendant in this action. Plaintiff shall therefore provide an address where Advanta National Bank may be served by May 26, 2010.

SO ORDERED.

                                                         /S/
                                                 LOIS BLOOM
                                                 United States Magistrate Judge

Dated: April 16, 2010
       Brooklyn, New York